UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**MASTER TRIAL CALENDAR**

HONORABLE WILLIAM L. OSTEEN, JR., UNITED STATES DISTRICT JUDGE
HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE
HONORABLE L. PATRICK AULD, UNITED STATES MAGISTRATE JUDGE

**JULY 6, 2020**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on **July 6, 2020**. **The court is monitoring the COVID-19 outbreak and may issue subsequent orders affecting the July Master Calendar. Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term**. Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than June 5, 2020. Motions in limine must be filed no later than June 12, 2020. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than June 19, 2020.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury selection for **Judge William L. Osteen, Jr.,** will take place in **Courtroom No. 1, 324 W. Market Street, Greensboro, NC.** Jury Selection for **Judge Loretta C. Biggs will take place in Courtroom No. 1, 251 N. Main St., Winston Salem, NC.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **different** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

| | | |
|---|---|---|
| 1:17CV01155 | PENN NATIONAL MUTUAL CAUSALTY INSURANCE CO. v. VIKING PIZZA , INC., ET AL. | (Osteen) |

**JURY: DECLARATORY JUDGMENT (INSURANCE)**
Plaintiff: Brandon D. Zeller
　　　　　David L. Brown
Defendant: Theodore B. Smyth
ETT: 4 days

| | | |
|---|---|---|
| 1:18CV00097 | VINCENT D. TUGGLES v. UNITED STATES OF AMERICA | (Biggs) |

**NON-JURY: TORT ACTION**
Plaintiff: James A. Davis
Defendant: Joan B. Childs
ETT: 2 days

| | | |
|---|---|---|
| 1:18CV00720 | MARION REED, ET AL. v. REICHHOLD LIQUIDATION, INC. | (Osteen) |

**JURY: DIVERSITY- ASBESTOS LITIGATION**
Plaintiff: Scott M. Hendler
　　　　　Audrey M. Snyder
　　　　　Rebecca R. Webber
　　　　　Janet Ward Black
Defendant: Clyde O. Adams, IV
　　　　　Douglas A Rubel
　　　　　Jason J. Irvin
ETT: 10 days

| | | |
|---|---|---|
| 1:18CV00405 | TONDRA PRIDDY v. THE MOSES H. CONE MEMORIAL HOSPITAL OPERATING CORP. | (Biggs) |

**JURY:FAMILY & MEDICAL LEAVE ACT**
Plaintiff: Lisa Walker
Defendant: Juliana Theall Earp
　　　　　Lisa W. Arthur
ETT: 4-5 days

| | | |
|---|---|---|
| 1:18CV01018 | HANOVER INSURANCE CO. v. BLUE RIDGE PROPERTY MANAGEMENT, LLC | (Osteen) |

**NON-JURY: DIVERSITY-DECLARATORY JUDGMENT**
Plaintiff:   Richard A. Simpson
             Leland H. Jones, IV
Defendant:   Susan H. Boyles
             Whitney R. Pakalka
ETT:         3 days

| | | |
|---|---|---|
| 1:18CV00809 | AMY CROCKETT v. CHARLES S. BLACKWOOD, ET AL. | (Biggs) |

**JURY: CIVIL RIGHTS**
Plaintiff:   James E. Hairston, Jr.
Defendant:   James A. Dean
             Sonny S. Haynes
             Christopher J. Geis
ETT:         4 days

| | | |
|---|---|---|
| 1:17CV00995 | KENNETH KOEPPLINGER, ET AL. v. SETERUS, INC. | (Osteen) |

**JURY: FAIR DEBT COLLECTION ACT**
Plaintiff:   Edward H. Maginnis
             Karl S. Gwaltney
             Martha A. Geer
             Patrick M. Wallace
             Scott C. Harris
             Asa C. Edwards, IV
Defendant:   Brian A. Kahn
             Robert L. Beatty
ETT:         2-3 weeks

| | | |
|---|---|---|
| 1:18CV01045 | AMRO ELSAYED, ET AL. v. FAMILY FARE LLC ET AL. | (Biggs) |

**JURY: JOB DISCRIMINATION (RACE)**
Plaintiff:   Roberta K. Latham
Defendant:   Jessica B. Vickers
             William S. Cherry, III
ETT:         3-4 days

| | | |
|---|---|---|
| 1:18CV00813 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. LOFLIN FABRICATIONS, LLC | (Osteen) |

**JURY: JOB DISCRIMINATION (EMPLOYMENT)**
- Plaintiff: Rachael S. Steenbergh
- Yolanda W. Brock
- Defendant: Camilla F. DeBoard
- Mallory G. Horne
- Steven B. Fox
- ETT: 2-3 days

| | | |
|---|---|---|
| 1:19CV00175 | MATTHEW DRAPKIN, ET AL. v. ADNAN M.M. MJALLI | (Biggs) |

**JURY: DIVERSITY – BREACH OF CONTRACT**
- Plaintiff: Andrew W. J. Tarr
- Robert W. Fuller, III
- Andrew J. Kilpinen
- Defendant: Jeffrey S. Southerland
- Clinton H. Cogburn
- Denis E. Jacobson
- ETT: 2 days

| | | |
|---|---|---|
| 1:18CV00717 | ETHAN C. BROWN v. MARTIN MARIETTA MATERIALS, INC. | (Biggs) |

**JURY: AMERICANS WITH DISABILITIES ACT**
- Plaintiff: Jonathan Wall
- Defendant: Benjamin C. Decelle
- Brian L. Church
- ETT: 2-3 days