IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AMRO ELSAYED and LOLA SALAMAH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:18-CV-1045 |
| FAMILY FARE LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

The Court tried this case without a jury from Monday, February 1, 2021, to Tuesday, February 2, 2021. The Court orally granted the defendants' motion for judgment on partial findings under Fed. R. Civ. P. 52(c) as to the plaintiffs' remaining claims for wrongful eviction and unfair and deceptive trade practices. The plaintiffs' other claims were dismissed at judgment on the pleadings and summary judgment.

For the reasons stated in the partial judgment on the pleadings decision, Doc. 62, the summary judgment decision, Doc. 97, and in open court on February 2, 2021, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that the plaintiffs take nothing from the defendants and all plaintiffs' claims are **DISMISSED**. All relief not expressly granted herein is hereby denied. The Court **DIRECTS** the Clerk to send a copy of this final judgment to the plaintiffs and to counsel of record for the defendants.

This the 9th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE