IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMRO ELSAYED and ) <br> LOLA SALAMAH (H/W), ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FAMILY FARE LLC, and ) <br> M.M. FOWLER, INC., and ) <br> LEE BARNES, JR., individually and ) <br> as President of FAMILY FARE LLC, ) <br> and M.M. FOWLER, INC., and ) <br> DONALD PILCHER, individually, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 1:18-CV-01045 |

## DEFENDANTS' MOTION FOR ATTORNEY'S FEES

Defendants Family Fare, LLC ("Family Fare"), M.M. Fowler, Inc. ("Fowler"), Lee Barnes, Jr. ("Barnes") and Donald Pilcher ("Pilcher") (collectively "Defendants"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 54(d) and Local Rules 7.3 and 54.2 (M.D.N.C.), respectfully move this Court for an award of attorney's fees against Plaintiffs and in favor of Defendants. In support of their Motion Defendants rely upon their Memorandum of Law in Support of Motion for Attorney's Fees and the Declaration of William S. Cherry, III and all attachments thereto, both of which are filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court grant their motion and enter a judgment awarding Defendants $288,075.75 in attorney's fees.

1

This the 8th day of April, 2021.

        /s/William S. Cherry III
        William S. Cherry III, NCSB # 33860
        Jessica B. Vickers, NCSB # 44873
        MANNING, FULTON & SKINNER, P.A.
        *Attorneys for All Defendants*
        3605 Glenwood Avenue - Suite 500
        Post Office Box 20389
        Raleigh, North Carolina 27619
        Telephone:   (919) 787-8880
        Facsimile:    (919) 325-4604
        cherry@manningfulton.com
        vickers@manningfulton.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the ***Defendants' Motion for Attorney's Fees*** has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice as follows:

Amro Elsayed
Lola Salamah
2615 Wyman Road
Winston-Salem, NC 27106
amroelawady@gmail.com
lolasalamah@gmail.com

*Pro Se Plaintiffs*

This the 8th day of April, 2021.

    /s/William S. Cherry III
William S. Cherry III, NCSB # 33860
MANNING, FULTON & SKINNER, P.A.
 *Attorneys for All Defendants*
3605 Glenwood Avenue - Suite 500
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4604
cherry@manningfulton.com

3