UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMRO ELSAYED & LOLA SALAMAH (H/W) )
                                   )
              Plaintiffs,          )          1:18-CV-01045
                                   )
vs.                                )
                                   )
FAMILY FARE LLC., and M. M. FOWLER INC., )
and LEE BARNES, Jr., individually and as President )
of FAMILY FARE LLC., and M. M. FOWLER )
INC., and DONALD PILCHER, individually. )
                                   )
              Defendants.          )

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Amro Elsayed and Lola Salamh, *pro se,*

appeal to the United States Court of Appeals for the Fourth Circuit from the final

judgement in this action and from the order of this Court entered on the 9th day of

February, 2021, and the 4th day of June, 2021.

This is the 1st day of July 2021.

Amro Elsayed, *Pro Se*
2615 Wyman Road
Winston Salem, NC 27106
949.735.3153
amroelawady@gmail.com

1

Lola Salamah, *Pro Se*
2615 Wyman Road
Winston Salem, NC 27106
949.735.3184
lolasalamah@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Plaintiffs' **Notice of Appeal** has been filed

manually with the Clerk of Court. A copy will mailed via USPS first class mail service,

and a copy will be sent electronically by CM/ECF of such filing to the following address:

William S. Cherry III
cherry@manningfulton.com
Jessica B. Vickers
vickers@manningfulton.com
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue - Suite 500
Post Office Box 20389
Raleigh, North Carolina 27619
(919) 787-8880
(919) 325-4604

This the 1st day of July, 2021.

Amro Elsayed, *Pro Se*
2615 Wyman Road
Winston Salem, NC 27106
949.735.3153
amroelawady@gmail.com

Lola Salamah, *Pro Se*
2615 Wyman Road
Winston Salem, NC 27106
949.735.3184
lolasalamah@gmail.com

Case 1:18-cv-01045-CCE-LPA   Document 135   Filed 07/01/21   Page 3 of 3