FILED: July 7, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-1744
(1:18-cv-01045-CCE-LPA)

_____

**AMRO ELSAYED; LOLA SALAMAH**

    Plaintiffs - Appellants

v.

**FAMILY FARE LLC; M.M. FOWLER INC.; LEE BARNES, JR.,** Individually and as president of Family Fare LLC. and M.M. Fowler Inc.; **DONALD PILCHER,** individually

    Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:18-cv-01045-CCE-LPA |
| Date notice of appeal filed in originating court: | 07/01/2021 |
| Appellant(s) | Amro Elsayed and Lola Salamah |
| Appellate Case Number | 21-1744 |
| Case Manager | Rickie Edwards<br>804-916-2702 |